UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| RYDER ELECTRIC INC., AND<br>ATLANTIC AEOLUS CORP., | *<br>*<br>* | |
| Plaintiffs, | *<br>* | |
| v. | *<br>* | Civil Action No. 10-10974-JLT |
| AURORA LOAN SERVICES, LLC, | *<br>*<br>* | |
| Defendant. | *<br>* | |

ORDER

June 24, 2010

TAURO, J.

After reviewing Parties' submissions, this court hereby orders that Plaintiffs' Motion to Remand [#6] is ALLOWED. As it appears to a legal certainty that the amount in controversy in this matter does not exceed $75,000.00, this court does not have subject matter jurisdiction as to these claims pursuant to 28 U.S.C. § 1332.[1] This court hereby orders that the case against Defendant Aurora Loan Services, LLC is REMANDED to Nantucket District Court, pursuant to 28 U.S.C. § 1447(c).

IT IS SO ORDERED.

/s/ Joseph L. Tauro
United States District Judge

---

[1] See Stewart v. Tupperware Corp. et al., 356 F.3d 335, 338 (1st Cir. 2004) (internal quotation omitted).